**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 2:14-CR-101 |
| ) | |
| JOHN HENRY RAY, ) | |
| ) | |
| Defendant. ) | |

## ORDER

This matter is before the Court on the Findings and Recommendation of the Magistrate Judge Upon a Plea of Guilty by Defendant John Henry Ray (DE #26) filed on December 16, 2015. No objections have been filed to the Magistrate Judge's findings and recommendations upon a plea of guilty. Accordingly, the Court now **ADOPTS** those findings and recommendations, **ACCEPTS** the guilty plea of Defendant John Henry Ray, and **FINDS** the Defendant guilty of Count 1 of the Indictment.

Sentencing in this matter will be set by the Court by separate order.

**DATED: January 12, 2016**          /s/ RUDY LOZANO, Judge
                                     **United States District Court**